UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-07926-PA (SK) | Date | June 25, 2020 |
|---|---|---|---|
| Title | Daniel J. Lollis v. County of Los Angeles et al. | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|
| Connie Chung | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: FAILURE TO SERVE**

On November 20, 2019, Plaintiff filed his First Amended Complaint ("FAC"). (ECF 10). In February 2020, the Court determined that Plaintiff could serve the FAC on Defendant Jacob L. Jones, as limited by the Court's Final Screening Order (ECF 11) and Plaintiff's Notice of Voluntary Dismissal (ECF 12). So the Court issued an initial case management order and summons. (ECF 13, 14). The case management order told Plaintiff that he needed to serve the summons and FAC on Defendant Jones by May 26, 2020. (ECF 13 at 2). Yet as of this order, Plaintiff has not effectuated service on Defendant Jones.

Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** on or before **July 27, 2020**, why this action should not be dismissed for failure to prosecute and failure to effectuate service of process. *See* Fed. R. Civ. P. 41(b), 4(m). If Plaintiff no longer wishes to pursue this action, he may voluntarily dismiss the action without prejudice using the attached Form CV-09. *See* Fed. R. Civ. P. 41(a). **Failure to file a timely response to this order or notice of voluntary dismissal will result in a recommendation that this action be dismissed without prejudice for lack of prosecution.** *See* L.R. 41-1.